NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Citibank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY KRUM, | CASE NO.: 2:24-cv-00541-RFB-EJY |
| Plaintiff, | |
| V. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| CITIBANK, N.A.; CREDIT ONE FINANCIAL AND ASPIRE BANK, | |
| Defendants. | **(SECOND REQUEST)** |

Jeffrey Krum (**Krum**) and Citibank, N.A. (**Citi**) stipulate to allow Citi an extension of twenty-one (21) days, up to and including **May 29, 2024**, to file its responsive pleading.

Good cause exists to grant the requested extension because the parties are still discussing settlement and Citi is gathering and documents to assist in those discussions.

. . .

. . .

. . .

. . .

. . .

. . .

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice.

DATED May 3rd, 2024.

| **AKERMAN LLP** | **FREEDOM LAW FIRM, LLC** |
|---|---|
| */s/ Donna M. Wittig* <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for defendant Citibank, N.A.* | */s/ Gerardo Avalos* <br> GEORGE HAINES, ESQ. <br> Nevada Bar No. 99411 <br> GERARDO AVALOS, ESQ. <br> Nevada Bar No. 15171 <br> 8985 South Eastern Ave., Suite 100 <br> Las Vegas, NV 89123 <br><br> *Attorneys for plaintiff Jeffrey Krum* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 3, 2024

2