NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Citibank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY KRUM, | CASE NO.: 2:24-cv-00541-RFB-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| CITIBANK, N.A.; CREDIT ONE FINANCIAL AND ASPIRE BANK, | |
| Defendants. | **(THIRD REQUEST)** |

Jeffrey Krum (**Krum**) and Citibank, N.A. (**Citi**) stipulate to allow Citi an extension of twenty-one (21) days, up to and including **June 19, 2024**, to file its responsive pleading.

Good cause exists to grant the requested extension because the credit card account that is the subject of the lawsuit was sold to a third party. Citi has requested account documents from but has yet to receive them. Further, the parties are evaluating the possibility of arbitrating their dispute if the documents Citi has requested shows this matter is arbitrable, as Citi believes they will show. The parties also continue their settlement discussions.

. . .

. . .

. . .

76525307;1

This is the parties' third request for an extension of this deadline and is not intended to cause any delay or prejudice.

DATED May 24th, 2024.

| **AKERMAN LLP** | **FREEDOM LAW FIRM, LLC** |
|---|---|
| */s/ Donna M. Wittig*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for defendant Citibank, N.A.* | */s/ Gerardo Avalos*<br>GEORGE HAINES, ESQ.<br>Nevada Bar No. 99411<br>GERARDO AVALOS, ESQ.<br>Nevada Bar No. 15171<br>8985 South Eastern Ave., Suite 100<br>Las Vegas, NV 89123<br><br>*Attorneys for plaintiff Jeffrey Krum* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 25, 2024

2

76525307;1